IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY - DIVISION

IN RE:

LARECCIA ELLIS, aka
LARECCIA NACOLE ELLIS, aka
LARECCIA WILLIAMS, aka
LARECCIA N. ELLIS,

Debtor.

CASE NO.: 15-30298 DHW-13

### OBJECTION OF CAPITAL ONE AUTO FINANCE
### TO CONFIRMATION TO DEBTOR'S CHAPTER 13 PLAN

Comes now **Capital One Auto Finance** and respectfully objects to the confirmation of the Debtor's Chapter 13 Plan filed on or about February 4, 2015 and as grounds therefor states the following:

1. The plan does not provide a reasonable collateral value to Capital One Auto Finance as regards the 2010 Dodge Charger-V6 Sedan. Per the N.A.D.A. Guidelines attached hereto, the Retail Value is $14,275.00.

2. The plan does not provide a reasonable adequate protection payment to Capital One Auto Finance despite Capital One Auto Finance having a perfected purchase money security interest.

3. The plan does not provide an adequate specified monthly payment to Capital One Auto Finance despite Capital One Auto Finance having a perfected purchase money security interest.

4. Capital One Auto Finance is adversely affected by the filed plan.

5. The filed plan is discriminatory as regards Capital One Auto Finance.

6. The filed plan is not filed in good faith as regards Capital One Auto Finance.

William C. Poole, LLC
Attorney For
Capital One Auto Finance

/s/ William C. Poole
William C. Poole POOLW4929
917 Western America Circle
Suite 200
Mobile, Alabama 36609
(251) 344-5015
(251) 344-5125 fax

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 21st day of April, 2015, a copy of the foregoing document was served on the following:

Curtis C. Reding
Post Office Box 173
Montgomery, AL 36101

Stephen L. Klimjack
Stephen L. Klimjack, LLC
1306 Government Street
Mobile, AL 36602

by ECF Filing or by mailing a copy of the same United States Mail, properly addressed and first class postage prepaid.

/S/ William C. Poole
William C. Poole, Esq.

/dsp

# N.A.D.A. Official Used Car Guide
## Vehicle Valuation
Print Date: April 17, 2015

---

Customer: Ellis, Lareccia
File No.: COAF-879739

Vehicle Description: 2010 DODGE Charger-V6 Sedan 4D SXT
VIN: 2B3CA3CV4AH250455

### Base Values

Retail: $ 13650.00        Wholesale/Trade-in: $ 10900.00

### Optional Equipment/Adjustments

| | | |
|---|---|---|
| Estimated Miles | 91795 | $ -1375.00 |
| GAP Insurance | | 370.00 |
| Service Warranty | | 1630.00 |

### Total Adjusted N.A.D.A. Used Car Guide Values

Retail: $ 14275.00        Retail/Wholesale Average: $ 12900.00

Reference   02/2015 Southeastern miles calculated