UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 15-30298 -DHW
 Chapter 13
Lareccia Ellis,

    Debtor(s).

## ORDER DENYING CONFIRMATION
## AND DISMISSING BANKRUPTCY CASE

The chapter 13 plan filed by the debtor came on for confirmation hearing on May 11, 2015. An objection to the plan was filed by Creditor, Capital One Auto Finance.

For the reasons stated in open court, it is

ORDERED that confirmation of the plan is DENIED, and this bankruptcy case is DISMISSED. It is

FURTHER ORDERED that the chapter 13 trustee shall file and serve on all creditors a final report and account reflecting the receipts and disbursements in this case.

Done this 11th day of May, 2015.

/s/ Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:    Debtor
    Stephen L. Klimjack, Attorney for Debtor
    Curtis C. Reding, Trustee
    All Creditors

**NOTICE: Any unpaid filing fees remain due and payable to the Clerk of court. Failure to pay the filing fee may result in additional collection.**